IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY MARCOS CHADWELL,<br><br>Defendant. | CR 13-14-BLG-SPW<br><br>ORDER |

Pending before the Court is the Defendant's Unopposed Motion to Continue Revocation Hearing (Doc. 143). For good cause shown,

IT IS HEREBY ORDERED that the revocation hearing currently set via video for Wednesday, February 3, 2021 at 2:00 p.m., is **VACATED**.

IT IS FURTHER ORDERED that the revocation proceedings are **STAYED** until the resolution of CR 20-25-BLG-SPW, at which time the Revocation Hearing in the above case will be rescheduled.

DATED this 21st day of January, 2021.

SUSAN P. WATTERS
United States District Judge

1