# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY MARCOS CHADWELL,<br><br>Defendant. | Case Nos. CR-13-14-BLG-SPW<br><br><br><br>**ORDER RESETTING<br>REVOCATION HEARING** |

The Defendant has filed an Unopposed Motion to Continue Sentencing Hearing and Deadlines in Case No. CR-20-25-BLG-SPW. The revocation hearing in the above-referenced case is set for the same date and time. Therefore,

IT IS HEREBY ORDERED that the revocation hearing presently set for Thursday, December 16, 2021 at 1:30 p.m. is **VACATED** and **RESET** for **Thursday, February 17, 2022 at 9:30 a.m.,** at the same date and time as the sentencing in CR-20-25-BLG-SPW.

The Clerk of Court is directed to notify counsel, the U.S. Marshals Service and U.S. Probation of the making of this Order.

DATED this 1st day of December, 2021.

SUSAN P. WATTERS
United States District Judge